# United States Court of Appeals
## For the First Circuit

---

No.  25-2142

CARINE BALENDA MBIZI; J.M.A.; O.M.A.; E.N.A.,

Petitioners,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

---

Before

Barron, <u>Chief Judge</u>,
Gelpí and Aframe, <u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: February 22, 2026

Petitioners seek a stay of removal pending the resolution of their petition for review. Petitioners' motion is allowed, and petitioners' removal is stayed.  If the petition for review is denied -- and absent further order of court prescribing a different result -- the stay of removal will expire when mandate issues.

The motion for leave to file an oversized stay motion is allowed.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Garry Malphrus, Chief Clerk, United States Board of Immigration Appeals
Jeffrey Brian Rubin
Todd C. Pomerleau
Gerald Alexander
Oil